IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**DEMARIO DONTEZ WALKER, #L1625**                  **PLAINTIFF**

**VERSUS**                  **CIVIL ACTION NO.   5:08-cv-221-DCB-MTP**

**REGINALD L. JACKSON, LASHUNDRA GRAYSON,**
**WILLIE DAVIS and WILKINSON COUNTY BOARD**
**OF SUPERVISORS**                  **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), without prejudice to the Plaintiff's prosecution of his duplicative pending suit, civil action number 5:08-cv-147-DCB-MTP, and in all other respects with prejudice.

This the   14th   day of July, 2008.

                                         s/ David Bramlette
                                       UNITED STATES DISTRICT JUDGE